**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 236 MAL 2021 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Published Opinion and** |
| v. | : **Order** of the Superior Court at No. |
| | : 2060 EDA 2019, at 251 A.3d 782 |
| | : (Pa. Super. 2021) entered on April |
| CHRISTOPHER SNYDER, | : 9, 2021, **affirming, vacating and** |
| | : **remanding** the Judgment of |
| Petitioner | : Sentence of the Montgomery |
| | : County Court of Common Pleas at |
| | : No. CP-46-CR-2658-2018 entered |
| | : on June 20, 2019 |

## ORDER

**PER CURIAM**                                               DECIDED:  October 4, 2022

**AND NOW**, this 4th day of October, 2022, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the issue set forth below.  The issue, as stated by petitioner is:

1) "Whether the portion of Petitioner's sentence that he be subject to the requirements of Subchapter H of the Sentencing Code – formerly, 'Megan's Law' – violates his constitutional and statutory rights[,]"  see PAA, at 2,

Regarding this issue, the order of the Superior Court is **VACATED**, and the case

is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v.*

*Thorne*, 2022 WL 2231821 (filed June 22, 2022).

The Petition is **DENIED** in all other respects.  Further, the Application for Leave to

file *Amicus* Brief is **DENIED** as moot.